[No. 21599-3-II.    Division Two.    March 6, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND J. MULHOLLAND, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 96-1-00047-2, William E. Howard, J., entered December 20, 1996. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Armstrong, JJ.

[No. 21820-8-II.    Division Two.    March 6, 1998.]

GREGORY DIPOLA, ET AL., *Appellants*, v. STEVEN L. PERRY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 93-2-02934-6, Wm. Thomas McPhee, J., entered March 17, 1997. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton, C.J., and Armstrong, J.

[Nos. 37730-2-I; 39559-9-I;   Division One.   March 9, 1998.]
39578-5-I.

THE STATE OF WASHINGTON, *Respondent*, v. JOEL THOMAS NICHOLS, *Appellant*.

*In the Matter of the Personal Restraint of* JOEL THOMAS NICHOLS, *Petitioner.*

Appeals from a judgment of the Superior Court for Snohomish County, No. 95-1-00186-1, Paul D. Hansen, J., entered October 23, 1995. *Affirmed* by unpublished per curiam opinion.

[No. 37944-5-I.    Division One.    March 9, 1998.]

THE STATE OF WASHINGTON, *Petitioner*, v. GLEN JOHNSON, *Respondent.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 95-1-00086-2, Steven J. Mura, J., entered December 7, 1995. *Reversed* by unpublished opinion per Cox, J., concurred in by Grosse and Webster, JJ.